[Civ. No. 411.   Third Appellate District.—April 7, 1908.]

SAMUEL HILL, Respondent, v. JOSEPH HOEFER et al.,
                        Appellants.

ACTION TO QUIET TITLE—LACHES—BURDEN OF PROOF—RESERVATION—
    BOUNDARIES—UNSTABLE FINDING AND JUDGMENT—PRESCRIPTION—
    EVIDENCE—EQUITIES.—*Held*, on the authority of *Hill* v. *Barner*,
    No. 410, *supra*, this day decided, in reference to the foregoing sub-
    ject, that the judgment and order denying a new trial in this case
    should be reversed.

APPEAL from a judgment of the Superior Court of Shasta
County, and from an order denying a new trial.   Charles
M. Head, Judge.

The facts are stated in the opinion of the court in the case
of *Hill* v. *Barner et al.*, No. 410, *supra*.

Sweeney & Tillotson, and Reid & Dozier, for Appellants,
Joseph Hoefer et al.

Wm. Singer, Jr., Guy Shoup, and G. O. Perry, for Cen-
tral Pacific Railway Company, Appellant.

Braynard & Kimball, and T. W. H. Shanahan, for Respond-
ent.

HART, J.—The facts and the law involved in this case are
admittedly the same as those involved in *Hill* v. *Barner etc.
et al.*, No. 410, this day decided.

A motion was made to dismiss the appeal in this case, but
the same is without merit, and is, therefore, denied.

Upon the authority of *Hill* v. *Barner et al.*, *ante*, p. 58,
[96 Pac. 111], and for the reasons therein stated, the judg-
ment and order are reversed.

Chipman, P. J., and Burnett, J., concurred.